# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| R'KES STARLING, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | No. 2:23-cv-02807-TLP-atc |
| v. ) ) | JURY DEMAND |
| CHEDDAR CAPITAL PARTNERS, INC., ) ) | |
| Defendant. ) | |

## JUDGMENT

**JUDGMENT BY THE COURT.** This action came before the Court on Plaintiff's Complaint filed on December 27, 2023. (ECF No. 1.) In accordance with Plaintiff's Notice of Voluntary Dismissal (ECF No. 25), and under Federal Rules of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITHOUT PREJUDICE.** The parties shall bear their own fees and costs.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

October 29, 2024
Date